```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

FIRST SPECIALTY INSURANCE
CORPORATION                                          PLAINTIFF

    v.                    Civ. No. 08-6012

HAWGS PIZZA PUB, INC.,
MATTHEW DAVID WEBB,
and ED WILLIAMS                                      DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Plaintiff's Motion for Summary Judgment (Doc. 11) is **GRANTED**.  Each party is to bear its own fees and costs associated with this case.  **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 14th day of October, 2008.

                                      */s/ Robert T. Dawson*
                                      Honorable Robert T. Dawson
                                      United States District Judge